UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CESAR CELIS,**

      **Plaintiff,**

v.                                                                               **Case No: 6:17-cv-529-Orl-41TBS**

**TRANS UNION, LLC and MARINER FINANCE, LLC,**

      **Defendants.**

                                                                   /

## ORDER

THIS CAUSE is before the Court on Defendant Mariner Finance, LLC's Unopposed Motion to Confirm Arbitration Award (Doc. 51). After the Motion was filed, the Court issued an Order to Plaintiff to brief the Court on the impact of the arbitration award on Defendant Trans Union, LLC. (April 9, 2019 Order, Doc. 52). Plaintiff filed his brief, which states that "the claims in this matter have been resolved." (Pl. Br., Doc. 53, at 2).

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. Defendant Mariner Finance, LLC's Unopposed Motion to Confirm Arbitration Award (Doc. 51) is **GRANTED**. The Arbitration Award issued by the American Arbitration Association's arbitrator on March 26, 2019, is **CONFIRMED**.

2. The Clerk shall enter judgment in favor of Defendants Trans Union, LLC, and Mariner Finance, LLC, and against Plaintiff Cesar Celis.

3. Thereafter, the Clerk is directed to close this case.

    **DONE** and **ORDERED** in Orlando, Florida on May 13, 2019.



Copies furnished to:

Counsel of Record